*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Eastern Division*
*Office of the Clerk*

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF RE-SETTING
### Before Judge James D. Todd, Chief United States District Judge

April 4, 2005

RE:   1:04cr10099-T
      GURDIEL SINGH (01)
      ARUN KUMAR (02)

Dear Sir/Madam:

A(n) **JURY TRIAL** before **Judge James D. Todd** has been **RE-SET** from WEDNESDAY, MARCH 30, 2005 at 9:30 A.M. to **THURSDAY, MAY 12, 2005 at 9:30 A.M. in Courtroom 432, 4th floor of the U. S. Courthouse, Jackson, Tennessee before Judge James D. Todd** .

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY:   *Evelyn Cheairs*
      Evelyn Cheairs, Case Manager
      731-421-9207



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:04-CR-10099 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Timothy J. Crocker
LAW OFFICE OF TIMOTHY CROCKER
P.O. Box 505
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT