PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED BY_____ D.C.

05 APR 20 PM 4: 21

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN. JACKSON

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Gurdiel Singh | ) | Case No. 04-10099-01 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gurdiel Singh, have discussed with Carolyn W. Moore, Pretrial Services, modification of my release conditions as follows:

Defendant is restricted in residence and travel to the Western District of Tennessee and the Western District of Michigan and points in between without prior approval from Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____        _____        _____   4/18/05
Signature of Defendant          Date           Pretrial Services Officer-In-Charge   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   4/19/05
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on *20 april 2005*

[ ] The above modification of conditions of release is not ordered.

_____   20 april 2005
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 04-21-05

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:04-CR-10099 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Timothy J. Crocker
LAW OFFICE OF TIMOTHY CROCKER
P.O. Box 505
Milan, TN 38358

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT