# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                             No. 04-10099-T

GURDIEL SINGH and ARUN KUMAR,

    Defendants.

### ORDER CONTINUING TRIAL AND EXCLUDING DELAY

Upon joint motion of counsel for defendants Gurdiel Singh and Arun Kumar and for good cause shown, the trial date which is currently scheduled for May 12, 2005, is hereby continued. Defendants contend that additional time is needed for preparation for the trial.

The court finds that the defendants' need for a continuance for additional preparation outweighs the best interests of the public and the defendants in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendants more time to prepare for trial. <u>Accordingly, the trial is continued from May 12, 2005, to June 15, 2005, at 9:30 A.M.</u> The resulting period of delay, from May 12, 2005, to June 15, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

                                                                   JAMES D. TODD
                                                                   UNITED STATES DISTRICT JUDGE

                                                                   10 May 2005
                                                                   DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 05-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:04-CR-10099 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Timothy J. Crocker
LAW OFFICE OF TIMOTHY CROCKER
P.O. Box 505
Milan, TN 38358

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Honorable James Todd
US DISTRICT COURT