IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                          No. 04-10099-T

GURDIEL SINGH, and
ARUN KUMAR,

    Defendants.

### ORDER CONTINUING TRIAL AND EXCLUDING DELAY

The United States of America, by and through counsel, has moved for a continuance of the trial on June 15, 2005, because of the unavailability of an essential witness. For good cause shown, that motion is hereby granted. Therefore, the trial of this action is hereby continued and has been reset for September 12, 2005, at 9:30 a.m.

The court finds that interest of the government in a continuance because of the unavailability of a material witness outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by delaying this trial in order to have the material witness available. <u>Accordingly, the trial is continued from June 15, 2005, to September 12, 2005, at 9:30 A.M.</u>   The resulting period of delay, from June 15, 2005, to September 12, 2005, is excluded pursuant to 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

                                                /s/ James D. Todd
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE

    14 June 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _06-15-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:04-CR-10099 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Timothy J. Crocker
LAW OFFICE OF TIMOTHY CROCKER
P.O. Box 505
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT