IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | No. 1-04-10099-1-T |
| GURDIAL SINGH, | ) ) | |
| Defendant. | ) ) | |

ORDER DENYING DEFENDANT'S MOTION TO ALLOW DEFENDANT TO TRAVEL TO INDIA

Defendant Gurdial Singh, currently under the supervision of pre-trial services, files this motion to allow him to travel to India for two (2) weeks to visit his mother, whose health in failing. At a hearing regarding detention, the court ordered that Singh surrender his passport and not obtain another one. Because Singh has family in India, he is considered a flight risk. Therefore, Defendant's motion to allow him to travel to India is DENIED.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

28 July 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/29/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 1:04-CR-10099 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Timothy J. Crocker
LAW OFFICE OF TIMOTHY CROCKER
P.O. Box 505
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT