

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                        CR NO. 1:04-10099-01-T

GURDIEL SINGH

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on September 12, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, Timothy J. Crocker, who was retained.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Thursday, December 15, 2005 at 8:30 A.M.**

The defendant is allowed to remain on his present bond..

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 13 September 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 09-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 1:04-CR-10099 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Timothy J. Crocker
LAW OFFICE OF TIMOTHY CROCKER
P.O. Box 505
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT